# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT


FILED
2019 JUN -3 P 12:42
US DISTRICT COURT
HARTFORD CT

**COMPLAINT FORM**

David Martins

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

v.

Case No. 3:19cv846 AVC
(To be supplied by the Court)

FCA US LLC (Chrysler)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. David Martins (Plaintiff) is a citizen of Connecticut (State) who presently resides at 1317 East Street Apt-520. New Britain, Connecticut 06053-2584 (mailing address)

2. Defendant FCA US LLC (Chrysler) (name of first defendant) is a citizen of Michigan (State) whose address is 1000 Chrysler Drive. Auburn Hills, Michigan 48326-2766

3. Defendant ___N/A___ is a citizen of ___N/A___
   (name of second defendant)                (State)

whose address is ___N/A___.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Gen Stat § Sec.42-184,Sec. 42-179,Sec. 42-183,Sec. 42-261 et seq; Sec. 42a-2-313,Sec. 42a-2-314

Gen Stat § 52-572m et seq under sections Sec. 52-240b; Gen Stat § Sec. 42a-2-315, 42-260, 42-261

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

During the summer of 2013, the plaintiff purchased a new 3.6 liter 2013 Rubicon Jeep (10th Anniversary Edition). On September 1, 2018 – the plaintiff arrived at a business, parked the Jeep and set the emergency-brake. Afterwards, the plaintiff put the Jeep in-gear and turned engine off. While the plaintiff was inside the business lobby, he noticed that the Jeep started to roll backward onto a busy roadway (Berlin Turnpike). The Jeep quickly gained speed in the direction of the busy roadway, and the plaintiff desperately attempted to stop the Jeep, before it could roll-away continuously, and cause injuries or fatalities. The Jeep finally came to an abrupt stop, after crashing into an electrical utilities pole at the curb-side. As a consequence of the desperate and unsuccessfully attempt to stop the vehicle, the plaintiff was struck by his 2013 Jeep Wrangler. As a result of the 2013 Jeep Wrangler emergency/parking brake failure, the plaintiff suffered severe damage to his left leg – requiring immediate emergency medical attention (Achilles Intrasubstance Tear). The 2013 Jeep Wrangler Rubicon was being operated under normal GVWR loading conditions (5975 lbs.) as specified by the manufacturer. Also, the Jeep was parked facing an Uphill incline of 11.4% ± 2% grade (6.5° Degree). Under normal GVWR loading conditions, the Parking Brake System must be capable of holding the vehicle stationary on a 20% grade (11.3° Degree) to the limit of traction on braked wheels for 5 minutes. This rule applies for both instances, were the vehicle is facing Uphill or Downhill directions in accordance with United States requirements: FMVSS No. 135 rules and standards. The plaintiff has made phone-calls to FCA US LLC ("Chrysler"). In addition, a complaint letter was mailed to Chrysler Assistance Center explaining the problem, and seeking a resolution. Consequently, the plaintiff has not received an adequate response, to no-reply from Chrysler. (See also Exhibit: A.)

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Conn Unfair Trade and Practice (CUTPA) Act Sec 42-184, Sec 42-179,Sec 42-183

42a-2-313;Breach of implied warranty of merchantability Sec. 42a-2-314,Breach of implied warranty of

fitness Gen Stat. Sec. 42a-2-315; Breach of express warranty Gen Stat. Sec. 42-260,42-261 et seq.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

The accident occurred on December 1, 2018. The Jeep was parked at a business lot, located on 1680 Berlin Turnpike, Wethersfield CT 06109. The 2013 Jeep Wrangler underwent a multi-point inspection and diagnostic – at Gengras Chrysler-Jeep dealership. The inspection was performed by a dealership certified mechanic. The inspection confirmed that the emergency/parking brakes would not hold the vehicle while engaged, in accordance to normal conditions and application of break-torque to rear-wheels. (See also Exhibit: B.)
The plaintiff alleges that defect of the emergency-brakes, and performance failure is a breach of manufacturer's Implied Warranties (5 years, 100,000 miles). The failure mileage, for the 2013 Jeep Wrangler was 46,600 miles. The plaintiff alleges that Jeep does not meet specific United States requirements: FMVSS No. 135 rules and standards. (See also Exhibit: C.)
The plaintiff provides primary source evidence from Jeep Wrangler consumer complaints, provided by the National Highway Traffic Safety Administration (NHTSA). The complaints consists of 48 similar incidents to the plaintiff's vehicle emergency-brake failure, and propensity of premature e-brake failures for Jeep Wranger Models.

**Claim II:** Punitive damages for disregard of product safety General Statutes § 52-572m et seq

Sec. 52-240b

Supporting Facts:

3

The plaintiff alleges that his 2013 Jeep Wrangler accident, injuries and damages resulted therefrom were due, in whole to FCA US LLC (Chrysler) negligence, and failure to correct the emergency-brake system's widespread tendency for premature failures noted by (NHTSA) customer complaints. Also, the plaintiff alleges that FCA US LLC (Chrysler), had sufficient prior knowledge of Jeep Wrangler Models (2002-2017) e-brake defects (i.e., poor design or materials), and did not properly address customers concerns over emergency-brake failures, that still persists after the September 30, 2002 Recall Campaign Number: 02V041000 (Daimler Chrysler Recall: B03ALSO). (See also Exhibit: D.)

The plaintiff provides primary source evidence from National Highway Traffic Safety Administration (NHTSA) Jeep Wrangler consumer complaints. The plaintiff alleges that these complaints, shows Jeep Wragler's poor design and poor safety performance of emergency-brakes. (See also Exhibit: E.)

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

As a result of the alleged defective quality, and poor safety performance of his 2013 Jeep Wrangler e-brake system, and resulting failure of the emergency parking – the plaintiff claims monetary harm, as he was required to pay for medical costs and the repairs on his vehicle, which he believes should have been covered under factory warranty. Also, the plaintiff claims monetary compensation for pain and suffering due to the sustained injuries. (See also Exhibit: A.) The plaintiff alleges that FCA US LLC (Chrysler) had former knowledge of Jeep Wrangler Models (2002-2017) e-brake defects that could result in a condition which is likely to cause death or serious bodily injury to the general population.

The plaintiff requests a judgement, requiring FCA US LLC (Chrysler) to refund all costs for repairs, medical bills, and compensatory damages for injuries suffered.

### F. JURY DEMAND

Do you wish to have a jury trial?   Yes YES          No

| | |
|---|---|
| _[signature]_ | _[signature]_ |
| Original signature of attorney (if any) | **Plaintiff's Original Signature** |
| dmart51@hotmail.com | dmart51@hotmail.com |
| Printed Name | Printed Name |
| | (David Martins) 1317 East Street Apt-520 |
| | New Britain, Connecticut 06053-2584 |
| ( ) | ( ) |
| Attorney's full address and telephone | Plaintiff's full address and telephone |
| dmart51@hotmail.com | dmart51@hotmail.com |
| Email address if available | Email address if available |

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Hartford US District Court__ on __June/03/2019__.
             (location)                         (date)

_[signature]_
**Plaintiff's Original Signature**

(Rev.3/29/16)